**STATE SECURITIES, INC., Appellant,**

v.

**James G. LARIMORE et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

John E. Taylor and Brian D. Schaefer, Eubanks, Gardner & Schaefer, Louisville, for appellant.

Bill V. Seiller, Ewen, Mackenzie & Peden, Commonwealth of Kentucky, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**ROOKWOOD, INC., a Kentucky Corporation, Appellant,**

v.

**W. H. BECK, Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Dudley Webb, Donald W. Webb, Webb & Webb, Lexington, for appellant.

Daniel B. Boone, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*